IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**                                                                **PLAINTIFF**
**ADC #131042**

V.                      No. 4:24-CV-00387-LPR-BBM

**JAMES GIBSON,**
Warden, Varner Unit, ADC, *et al*.                                    **DEFENDANTS**

## ORDER

On May 1, 2024, Plaintiff Deverick Scott filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.[1] On September 20, 2024, Plaintiff filed a Motion to Dismiss Party, asking the Court "to 'drop' or dismiss" Defendants Sergeant Mothershed and Sergeant Simpson-Williams from this lawsuit.[2]

Plaintiff's Motion to Dismiss Party (Doc. 8) is GRANTED. The Clerk is directed to terminate Sergeant Mothershed and Sergeant Simpson-Williams as party Defendants.

IT IS SO ORDERED this 7th day of October 2024.

                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Mot. to Dismiss Party (Doc. 8).