IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC #131042**

v.                    No. 4:24-cv-00387-LPR

**JAMES GIBSON, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 20) and the Plaintiff's Objections (Doc. 21). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that:

1. The newly raised claims against Defendants Reynolds, Bivens, Henry, and Williams are hereby severed. The Clerk is directed to open a new case for these severed claims and file Plaintiff's Amended Complaint (Doc. 13) on the new case docket. To proceed with that new case, Mr. Scott will either have to pay a new filing fee or obtain *in forma pauperis* status (including a showing of imminent danger because he is a three-striker).[1]

2. Plaintiff's Motion to Dismiss Defendant Shipman (Doc. 16) is GRANTED.

3. Plaintiff's access-to-the-courts, interference-with-mail, retaliation, conspiracy, failure-to-train, and official-capacity claims are DISMISSED without prejudice.

4. Plaintiff's Amended Complaint (Doc. 13) is DISMISSED without prejudice.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

---

[1] On point 1, the Court is adopting the RD's alternative recommendation on page 10.

appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of September 2025.

                                                                _____
                                                                LEE P. RUDOFSKY
                                                                UNITED STATES DISTRICT JUDGE